UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JOHN PAPENDORP         )
                       )
VS                     )      C.A. NO: 04-10296 WGY
                       )
BOSTON UNIVERSITY      )

## WAIVER OF SERVICE OF SUMMONS

TO: Attorney Jerome L. Benson as attorney for Plaintiff John Papendorp:

    I acknowledge receipt of your request that I waive service of a summons in the action of John Papendorp vs. Boston University which is case number 04-10296 WGY in the United States District Court for the Eastern Division of Massachusetts. I have also received a copy of the complaint in the action, two copies of this instrument, and a means by which I can return the signed waiver to you without cost to me.
    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.
    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.
    I understand that a judgment may be entered against me (or the entity on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after February 17, 2004.

Feb. 23, 2004
Date

Attorney Lawrence S. Elswit as
Attorney for Boston University