UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

NO: C. A. 04-10296 WGY

| | |
|---|---|
| JOHN PAPENDORP | ) |
| | ) |
| VS | ) |
| | ) |
| BOSTON UNIVERSITY | ) |

### NOTICE OF CHANGE OF ADDRESS

Now comes Attorney Jerome L. Benson and gives notice that his office has moved to 1990 Massachusetts Avenue, Lunenburg, MA 01462.

_____
Jerome L. Benson, Attorney
1990 Massachusetts Avenue
Lunenburg, MA 01462
978-582-4242

### CERTIFICATE OF SERVICE

I hereby certify that on this date a copy of the foregoing instrument was sent first class mail postage prepaid to Atty. Lawrence S. Elswit, Boston University, 125 Bay State Road, Boston, MA 02215.

3/19/04
Date

_____
Jerome L. Benson, Attorney

# Jerome L. Benson
## Attorney At Law
203 West Main Street
Ayer, Massachusetts 01432
(978) 772-6677

March 19, 2004

United States District Court
Attn: Clerk/Judge Young
1 Courthouse Way
Boston, MA 02210

Re: Papendorp
Vs: Boston University
No: 04-10296 WGY

Dear Sir or Madam:

Find enclosed **Notice of Change of Address** for filing regarding the above case.

Thank you for your attention to this matter. Please call me if you have any questions.

Yours truly,

Jerome L. Benson

JLB:jmd
Enclosure

cc: client
    Atty. Elswit