UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PAPENDORP,<br><br>    Plaintiff,<br><br>    vs.<br><br>TRUSTEES OF BOSTON UNIVERSITY,<br><br>    Defendant. | CIVIL ACTION NO. 04-10296-WGY |

## ANSWER OF DEFENDANT TRUSTEES OF BOSTON UNIVERSITY

Defendant, Trustees of Boston University (the "University"), responds to the Complaint in this case as follows:

1. The University admits the allegations contained in Paragraph 1 of the Complaint.

2. The University has no basis for affirming or denying the allegations contained in Paragraph 2 of the Complaint.

3. The University admits the allegations contained in Paragraph 3 of the Complaint.

4. The University has no basis for affirming or denying the allegations contained in Paragraph 4 of the Complaint.

5. The University admits the allegations contained in Paragraph 5 of the Complaint.

6. The University admits the allegations contained in Paragraph 6 of the Complaint.

7. The University admits the allegations contained in Paragraph 7 of the Complaint.

8. The University admits the allegations contained in Paragraph 8 of the Complaint.

9. The University has no basis for affirming or denying the allegations contained in Paragraph 9 of the Complaint.

10. The University has no basis for affirming or denying the allegations contained in Paragraph 10 of the Complaint.

11. The University admits the allegations contained in Paragraph 11 of the Complaint.

12. The University admits the allegations contained in Paragraph 12 of the Complaint.

13. The University denies the allegations contained in Paragraph 13 of the Complaint.

14. The University admits the allegations contained in Paragraph 14 of the Complaint.

15. Exhibit A to the Complaint speaks for itself and does not require the University to confirm or deny its text.

16. The University denies the allegations contained in Paragraph 16 of the Complaint.

17. The University denies the allegations contained in Paragraph 17 of the Complaint.

18. The University denies the allegations contained in Paragraph 18 of the Complaint.

19. The University denies the allegations contained in Paragraph 19 of the Complaint.

20. The University denies the allegations contained in Paragraph 20 of the Complaint.

21. The University denies the allegations contained in Paragraph 21 of the Complaint.

22. The University denies the allegations contained in Paragraph 22 of the Complaint.

## FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to make a reasonable effort to mitigate his damages.

## SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim upon which relief can be granted.

WHEREFORE, Defendant Trustees of Boston University respectfully requests that this Court:

(a)  Dismiss Plaintiff's Verified Complaint;

(b)  Grant the University its costs and reasonable attorneys' fees; and

(c)  Grant the University any and all other relief as this Court deems appropriate.

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY,
By its attorney,

*/s/ Lawrence S. Elswit*

Lawrence S. Elswit
(BBO #153900)
Boston University
Office of the General Counsel
125 Bay State Road
Boston, Massachusetts 02215
(617) 353-2326

Dated: April 20, 2004

## CERTIFICATE OF SERVICE

I, Lawrence S. Elswit, attorney for Defendant, Trustees of Boston University, hereby certify that on April 20, 2004, I served a copy of the foregoing by First Class Mail, postage prepaid, to Jerome L. Benson, Esq., 1990 Massachusetts Avenue, Lunenburg, Massachusetts, 01462.

*[signature: Lawrence S. Elswit]*