UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PAPENDORP,<br><br>   Plaintiff,<br><br>        vs.<br><br>TRUSTEES OF BOSTON UNIVERSITY,<br><br>   Defendant. | CIVIL ACTION NO. 04-10296-WGY |

DEFENDANT TRUSTEES OF BOSTON UNIVERSITY'S
CORPORATE DISCLOSURE STATEMENT

Pursuant to Local Rule 7.3 of the United States District Court for the District of Massachusetts, Defendant Trustees of Boston University states that it is registered as a charitable corporation in the Commonwealth of Massachusetts, and that it does not issue stock.

Respectfully submitted,

TRUSTEES OF BOSTON UNIVERSITY,
By its attorney,

_Lawrence S. Elswit_

Lawrence S. Elswit
(BBO #153900)
Boston University
Office of the General Counsel
125 Bay State Road
Boston, Massachusetts 02215
(617) 353-2326

Dated: April 20, 2004

## CERTIFICATE OF SERVICE

I, Lawrence S. Elswit, attorney for Defendant, Trustees of Boston University, hereby certify that on April 20, 2004, I served a copy of the foregoing by First Class Mail, postage pre-paid, to Jerome L. Benson, Esq., 1990 Massachusetts Avenue, Lunenburg, Massachusetts, 01462.

*/s/ Lawrence S. Elswit*