UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
JOHN PAPENDORP ,           )
          Plaintiffs,      )
                           )   CIVIL ACTION
v                          )   NO. 04-10296-WGY
TRUSTEES OF                )
BOSTON UNIVERSITY

          Defendants.
```

ORDER OF RECUSAL

YOUNG, C.J.                                    APRIL 27, 2004

The presiding judge recuses himself on the ground that he is on the faculty of Boston University Law School.

WILLIAM G. YOUNG
UNITED STATES DISTRICT JUDGE

By the Court,

/s/ Elizabeth Smith
———————————————
      Deputy Clerk