UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PAPENDORP )<br>)<br>VS )<br>)<br>TRUSTEES OF BOSTON UNIVERSITY ) | CIVIL ACTION NO. 04-10296 RGS |

## UNOPPOSED MOTION TO RESCHEDULE SCHEDULING CONFERENCE

Now comes the Plaintiff, by and through his attorney, and moves this Honorable Court to reschedule the scheduling conference in this case. As grounds, therefore, he states that his counsel is already scheduled to be in court on the current June 10, 2004 date. The matter he has scheduled for June 10, 2004 is an assessment of damages hearing in Middlesex Superior Court sitting in Lowell in the case of McNiff, Trustee vs Siedentopp, Docket No. 03-04435-L2.

Suggested new dates convenient to both counsel are June 7, 2004, the afternoon of June 9, 2004, and June 28, 2004 through July 1, 2004. Counsel for the Defendant has been consulted with concerning this motion and does not oppose it.

For the Plaintiff, by his attorney,

*[signature]*
Jerome L. Benson, Attorney
1990 Massachusetts Avenue
Lunenburg, MA 01462
978-582-4242

## CERTIFICATE OF SERVICE

I hereby certify that on this date a true copy of the foregoing instrument was sent first class mail, postage prepaid, to Atty. Lawrence S. Elswit, Boston University, Office of General Counsel, 125 Bay State Road, Boston, MA 02215.

5/14/04
Date

Jerome L. Benson, Attorney