UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOHN PAPENDORP )<br>)<br>VS )<br>)<br>TRUSTEES OF BOSTON UNIVERSITY ) | CIVIL ACTION NO. 04-10296 RGS |

## STIPULATION OF DISMISSAL

Now come the parties and stipulate that this case shall be dismissed with prejudice with no costs awarded to either party.

For the Plaintiff, by his attorney,

*/s/ Jerome L. Benson*
Jerome L. Benson, Attorney
1990 Massachusetts Avenue
Lunenburg, MA 01462
978-582-4242

For the Defendant, by its attorney,

*/s/ Lawrence S. Elswit*
Lawrence S. Elswit, Attorney
Boston University
Office of the General Counsel
125 Bay State Road
Boston, MA 02215